JULIA L. BARTHOLOMEW, Respondent, *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Submitted March 18, 1912; decided March 26, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 649.)

---

WILLIAM A. GREENFIELD et al., Respondents, *v.* ABE BRODY et al., Appellants.

(Submitted March 18, 1912; decided March 26, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 204 N. Y. 659.)